HONORABLE **Squatrito**                    CRT mins. October 27, 2003

DEPUTY CLERK **Glynn**     REPT./ERO/TAPE **Lamoureux**

TOTAL TIME: **5** hours **25** minutes

DATE **10/27/03**     START TIME **8:55**     END TIME **2:20**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Baton**     CIVIL NO. **3:02cv1406**     **Norm Pattis**
                                           Plaintiffs Counsel

vs.                    § 
                       §    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
**McDermott**          §    **Steve Sarnoski**
                       §    Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ . . . . . . . .  Jury of **8** report (see attached) ☒ Jury sworn

☑ . . . . . . . .  ☑ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until **10/28/03** at **8:30**

☐ . . . . . . . .  ☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until _____ at _____

☐ ctrlconc .  Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict

☐ . . . . # ___  Motion _____  ☐ granted ☐ denied ☐ advisement

☐ . . . . # ___  Motion _____  ☐ granted ☐ denied ☐ advisement

☐ . . . . # ___  Motion _____  ☐ granted ☐ denied ☐ advisement

☐ . . . . # ___  Motion _____  ☐ granted ☐ denied ☐ advisement

☑ oralm. Pltfs  Oral Motion **for mistrial** _____  ☐ granted ☐ denied ☒ advisement

☑ oralm. Pltfs  Oral Motion **renewed mot for mistrial**  ☐ granted ☐ denied ☒ advisement

☐ oralm. . . . .  Oral motion _____  ☐ granted ☐ denied ☐ advisement

☐ oralm. . . . .  Oral motion _____  ☐ granted ☐ denied ☐ advisement

☐ . . . . . . . .  _____  ☐ filed ☐ docketed

☐ . . . . . . . .  _____  ☐ filed ☐ docketed

☐ . . . . . . . .  _____  ☐ filed ☐ docketed

☐ . . . . . . . .  _____  ☐ filed ☐ docketed

☐ . . . . . . . .  _____  ☐ filed ☐ docketed

☐ . . . . . . . .  _____  ☐ filed ☐ docketed

☐ . . . . . . . .  _____  ☐ filed ☐ docketed

☐ . . . . . . . .  ☐ Plaintiff(s) rests  ☐ Defense rests

☐ . . . . . . . .  Briefs due: ☐ Pltf _____ Deft _____ Reply _____

☐ . . . . . . . .  ☐ Summation held  ☐ Court's Charge to the Jury

☐ . . . . . . . .  All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury

☐ . . . . . . . .  Jury commences deliberations at _____

☐ . . . . . . . .  Court orders Jury to be fed at Gov't. expense (see attached bill)

☐ . . . . . . . .  SEE ☐ reverse ☐ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)