HONORABLE Squatrito

DEPUTY CLERK Gunn    RPTR/ERO/TAPE Lamoureux

TOTAL TIME: 5 hours 35 minutes

DATE 10/28/03    START TIME 8:50    END TIME 2:25
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Baton
vs.
McDermott

CIVIL NO. 3:02cv1406

Norm Pattis
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Steve Samosky
Defendants Counsel

### CIVIL JURY/COURT TRIAL

☑ Jury of 8 report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until 10/29/03 at 10:00 AM (~~8:30~~)
☐ (ctrl./h) Court Trial held ☐ (ctrl. set) Court Trial continued until _____ at _____
☐ ctrlconc — Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm — Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm — Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm — Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☑ oralm — #475 Oral motion for mistrial & renewed motion ☐ granted ☒ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)