HONORABLE **Squatrito**
DEPUTY CLERK **Glynn** / RPTR/ERO/TAPE **Lamoureux**

TOTAL TIME: **2** hours **10** minutes

DATE **10/29/03**   START TIME **11:15**   END TIME **1:25**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Baton**   CIVIL NO. **3:02cv1406**

vs.   **Norm Pattis**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**McDermott**   **Steve Sarnoski**
Defendants Counsel

### CIVIL JURY/COURT TRIAL

☑ Jury of **8** report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held  ☑ (jytrl./set) Jury Trial continued until **10/30/03** at **8:30**
☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until _____ at _____

ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☑ oralm. **Pltfs** • Oral Motion **for mistrial** ☐ granted ☑ denied ☐ advisement
☑ oralm. **Deft** • Oral Motion **for jgmt as a matter of law** ☐ granted ☐ denied ☑ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☒ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits. ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)