TOTAL TIME: 3 hours 18 minutes    DEPUTY CLERK: Glynn    HONORABLE: Squatrito    RPTR/ERO/TAPE: Lamoureux

DATE 10/30/03    START TIME 8:45    END TIME 1:17
LUNCH RECESS FROM _____ TO _____
RECESS FROM 11:52 TO 1:06    (if more than 1/2 hour)

Baton
vs.
McDermott

CIVIL NO. 3:02CV1406

Norm Pattis
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL
Steve Sarnoski
Defendants Counsel

### CIVIL JURY/COURT TRIAL

☑ Jury of 8    report (see attached)    ☐ Jury sworn
☑ (jytrl./h) Jury Trial held    ☐ (jytrl./set) Jury Trial continued until ____ at ____
☐ (ctrl./h) Court Trial held    ☐ (ctrl./set) Court Trial continued until ____ at ____
☐ ctrlconc  Court Trial concluded    ☐ DECISION RESERVED    ☐ SEE reverse for verdict

Motion _____    ☐ granted ☐ denied ☐ advisement
Motion _____    ☐ granted ☐ denied ☐ advisement
Motion _____    ☐ granted ☐ denied ☐ advisement
Motion _____    ☐ granted ☐ denied ☐ advisement

Oral Motion _____    ☐ granted ☐ denied ☐ advisement
Oral Motion _____    ☐ granted ☐ denied ☐ advisement
Oral motion _____    ☐ granted ☐ denied ☐ advisement
Oral motion _____    ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests    ☐ Defense rests
Briefs due: ☐ Pltf ____ Deft ____ Reply ____
☑ Summation held    ☑ Court's Charge to the Jury
☑ All full exhibits    ☑ Verdict Form handed to the jury    ☑ Interrogatories to the Jury handed to the jury
☑ Jury commences deliberations at 12:00 p.m.
☑ Court orders Jury to be fed at Govt. expense (see attached bill)
☑ SEE ☑ reverse ☑ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)

## VERDICT

☐ ........ Court declares MISTRIAL

☐ jyv ....... Verdict Form filed

☑ ........ VERDICT: _in favor of the Defendant Jeffrey McDermott._

Court accepts verdict and orders verdict verified and recorded

☐ ........ Jury polled

## MISCELLANEOUS PROCEEDINGS