AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

United States District Court
District of Connecticut
FILED AT HARTFORD
10/30/03
Kevin F. Rowe, Clerk
By_____
Deputy Clerk

Baton

v.

Mc Dermott

PLA.

## EXHIBIT AND WITNESS LIST

Case Number: 3:02cv1406

| PRESIDING JUDGE Squatrito | PLAINTIFF'S ATTORNEY Norm Pattis | DEFENDANT'S ATTORNEY Steve Samoski |
|---|---|---|
| TRIAL DATE(S) 10/27/03 | COURT REPORTER Lamoureux, S | COURTROOM DEPUTY Glynn T |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/27 | | 10/27 | Jeffrey McDermott, Trooper, Sworn |
| | | 10/27 | | | Deborah Baton, Sworn |
| | | 10/27 | | | Susan Marshall, Sworn |
| | | 10/28 | | | Cindy Zinnel Sworn |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages