%AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

United States District Court
District of Connecticut
FILED AT HARTFORD
10/30/03
Kevin F. Rowe, Clerk
By_____
Deputy Clerk

DISTRICT OF _____

BATON

v.

MC Dermott

7+7.

## EXHIBIT AND WITNESS LIST

Case Number: 3:02CV1406

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| Squatrito | Norm Pattis | Steve Jarnoski |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/27/03 | Lamoureux S | Quinn, T. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | 10/27 | Color photo pltf. (arms) |
| 2 | | | | 10/27 | Color photo pltf. (arms) |
| 3 | | | | 10/27 | Color photo pltf. (legs) |
| 4 | | | 10/27 | | medical record statement |
| 5 | | | 10/28 | | witness statement Carlos Flores |
| 6 | | | 10/28 | | 1pg. witness statement Carlos Flores |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages