AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

United States District Court
FILED AT HARTFORD 10/30/03
Kevin F. Rowe, Clerk
By: Quinn

Baton
v.
McDermott

Dept.

## EXHIBIT AND WITNESS LIST

Case Number: 3:02CV1406

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Squatrito | Norm Pattis | Steve Sarnoski |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/27/03 | Lamoureux S. | Glynn, T. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | See Attached |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBORAH BATON, *Plaintiff,* | : | NO. 3:02CV-1406 (DJS) |
| | : | |
| V. | : | |
| | : | |
| TROOPER JEFFREY McDERMOTT *Defendants.* | : | OCTOBER 1, 2003 |

### INDEX TO DEFENDANT'S EXHIBITS

**EXHIBIT**                                                                                          **TAB**

Voluntown Ambulance Run Sheet dated August 18, 2001                                F 1 — 10/27/03

Polaroid photograph of broken windshield on Trooper McDermott's         F 2      "
cruiser

Medical records from Deborah Baton's visit to Backus Memorial                 F-3      "
Hospital on September 18, 2001

Photo: Carlos Flores                                                                                      F-4      "

Copy of incident Report                                                                               ID-5     "

4pg. Application from Release from Abuse                                                  F ~~ID~~ 6       "

Transcript                                                                                                    ID 7 — 10/28/03