AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

Baton
V.
McDermott

DeHS.  **EXHIBIT AND WITNESS LIST**

Case Number: 3:02CV1406 (DJS)

United States District Court
District of Connecticut
FILED AT HARTFORD 10/30/03
Kevin F. Rowe, Clerk
By [signature]

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Squatrito | Norm Pattis | Steve Sarnoski |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 10/27/03 - | Lamoureux, S | Glynn, T |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/28 | | | Randy Silvestri, Trooper, Sworn |
| | | 10/28 | | | Jeffrey McDermott, Trooper, Prev. Sworn |
| | | 10/28 | | | George Allard, Sworn |
| | | 10/28 | | | Joseph Grenier, Sworn |
| | | 10/29 | | | Carlos Flores, Sworn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages