AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Baton
V.
McDermott

**EXHIBIT AND WITNESS LIST**

Case Number: 3:02CV1406 (DJS)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Squatrito | Norm Pattis | Steve Sarnoski |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/27/03 - | Lamoureux, S | Glynn, T |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Charge to the Jury |
| 2 | | | | | Interrogatories & Verdict Form |
| 3 | | | | | Note from Jury - Verdict |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages