UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEBORAH BATON,                  :
     Plaintiff,                :
                                 :
v.                                :        No. 3:02cv1406 (DJS)
                                 :
JEFFREY R. McDERMOTT            :
     Defendant.                :

## INTERROGATORIES AND VERDICT FORM

WE THE JURY UNANIMOUSLY FIND AS FOLLOWS:

## FEDERAL CONSTITUTIONAL CLAIMS (Excessive Force)

**Section I.**  **Excessive Force**

A.    Has the Plaintiff, Deborah Baton, proven by a preponderance of the evidence that Trooper Jeffrey McDermott violated her federal constitutional rights by using excessive force on August 18, 2001?

        _____ Yes    (proceed to Question B)

        __X__ No    (proceed to Section III)

B.    Defendants' Affirmative Defense: Qualified Immunity

B.1    If you found that the defendant violated the plaintiff's constitutional rights in Question A above, do you find Trooper McDermott proved by a preponderance of the evidence that he is entitled to the defense of qualified immunity?

        _____ Yes    (proceed to Section III)

        _____ No    (proceed to Section II)

**Section II.**     **Damages (Excessive Force)**

A.     Compensatory Damages (Excessive Force)

If you found the Defendant to be liable, on the line next to the word "Compensatory Damages" insert the damage amount that you determine to be fair, just and reasonable for any injuries proximately caused by the Defendant's actions.  Then proceed to Question B.

Compensatory Damages     $_____

B.     Punitive Damages (Excessive Force)

B.1.    If you awarded compensatory damages for the plaintiff's federal claim, do you also wish to award punitive damages?

_____ Yes     (proceed to Question B.2)
_____ No      (proceed to Section III)

B.2.    You must now decide the amount of those damages.

$_____

(Proceed to Section III)

**Section III  End of Deliberations**

You have now completed your deliberations.  The jury foreman should  sign and date the form.

Dated at Hartford, Connecticut, this _30_ day of October, 2003.

_____

JURY FOREPERSON

3