UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 OCT 30 P 2: 07
US DISTRICT COURT
HARTFORD CT

DEBORAH BATON :

v. : CASE NO. 3-02CV1406(DJS)

JEFFREY R. McDERMOTT :

## JUDGMENT

This action came before the court for a trial by jury before the Honorable Dominic J. Squatrito, United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict in favor of the defendant, it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 30th day of October 2003.

KEVIN F. ROWE, Clerk

By Terri Glynn
Terri Glynn
Deputy Clerk

EOD_____