FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT

| | | |
|---|---|---|
| DEBORAH BATON, | : | NO: 3:02CV1406 (DJS) |
| *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| JEFFREY McDERMOTT, | : | |
| *defendant.* | : | NOVEMBER 4, 2003 |

### MOTION FOR COSTS
### AFTER JUDGMENT

Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the defendant, Jeffrey McDermott a prevailing party in the above-captioned litigation, respectfully requests that:

a. Judgment in this matter having been entered on November 4, 2003, the court assess costs in this action consistent with the Verified Bill of Costs attached to and hereby made part of this motion; and

b. The $500.00 bond posted by the plaintiff as security for costs in this action pursuant to Rule 83.3(a) of the Local Rules of Civil Procedure for the District of Connecticut be forfeited and paid over to the defendant by the Clerk as partial satisfaction of the above.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut  06105
Tel. (860) 808-5450
Federal Bar #ct01529
E-mail: stephen.sarnoski@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Costs, along with all attachments

thereto, was mailed, first-class, postage pre-paid, to all opposing counsel and/or *pro se* parties of

record in this matter this ____ day of _____, 2003, as follows:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, Connecticut 06510

_____
Stephen R. Sarnoski
Assistant Attorney General

FILED

2003 NOV -5  A 11: 58

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

US DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| DEBORAH BATON, | : | NO. 3:02CV-1406 (DJS) |
| *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| JEFFREY McDERMOTT, | : | |
| *defendant.* | : | NOVEMBER 4, 2003 |

## VERIFIED BILL OF COSTS

I, Stephen R. Sarnoski being of sound mind and legal age, and having been duly sworn, do hereby depose and say:

1. For the purposes of identification, my full name is Stephen Richard Sarnoski  I am an Assistant Attorney General employed by the Office of the Attorney General for the State of Connecticut.  I have been so employed for about fourteen years.

2. I hereby certify that the expenses of litigation reflected in the Bill of Costs attached to this affidavit at Tab A were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the time and resources spent by the Office of the Attorney General on behalf of the defendant in the preparation and trial of this case.

3. I further certify that the invoices and billing statements attached to this affidavit at Tab B are copies of the original documents supporting the expenses of litigation for which recovery is sought as reflected in the Bill of Costs.

I have read the foregoing affidavit consisting of two pages.  It is true and accurate to the best of my knowledge.

_____
Affiant

Subscribed and sworn to before me this ___5th___ day of ___November___ , __2003__.

_____
Notary Public

My Commission Exp. May 31, 2004

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

PLAINTIFF,                          :        NO. 3:
      *plaintiff,*                   :
                             :
      V.                               :
                             :
                             :
DEFENDANTS, *et al.,*               :
      *defendants.*                  :        NOVEMBER 4, 2003

## BILL OF COSTS

| | | |
|---|---|---:|
| 1. Fees of the Clerk & Marshal ....................................... | $ | 242.12 |
| 2. Fees of the Court Reporter .......................................... | $ | 1,548.10 |
| 3. Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case ................... | $ | 0 |
| 4. Fees for Witnesses ....................................................... | $ | 381.15 |
| 5. Maps, Charts, Models, Photographs, Summaries, Computations and Statistical Summaries ................... | $ | 0 |
| 6. Removal fee (if applicable) ........................................... | $ | 0 |

**TOTAL:**       **$ 2,171.37**

# INVOICE - VOUCHER FOR GOODS OR SERVICES
## RENDERED TO THE STATE OF CONNECTICUT

STATE OF CONNECTICUT
OFFICE OF THE STATE COMPTROLLER
ACCOUNTS PAYABLE DIVISION

CO-17  REV. 3/98  (Stock No. 102-01)

**VENDOR:** PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH
TO **AGENCY BILLING ADDRESS** SHOWN ON PURCHASE ORDER.

# 00963582

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 00963582 | | (5) DOCUMENT AMOUNT $ 42.75 |
|---|---|---|---|---|---|
| (6) DOCUMENT DATE | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE | (10) COMM. AGCY. (11) LIQ. (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX  045 | 38 | 4880 |

## VENDOR / PAYEE: FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT

(14)

PAYEE: Thomas J. Burke, State Marshal

PAYEE
ADDRESS: P.O. Box 966

ADDRESS:

CITY: Norwich  STATE: CT  ZIP CODE: 06360

(15) **ARE YOU INCORPORATED?**
☐ YES  ☒ NO

(16) **ARE YOU A NON - PROFIT ORGANIZATION?**
☐ YES  ☒ NO

(17) VENDOR BILLING INFORMATION - ONE LINE OF 52 CHARACTERS (E.G., VENDOR INVOICE NUMBER, CLIENT NAME, DATE, ETC, FOR RECONCILIATION OF VENDORS ACCOUNTS RECEIVABLE).
Seborah Baton v. Jeffrey McDermott

| (18) GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED | (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) AMOUNT |
|---|---|---|---|---|
| SErvice of Process/Subpoena at 35 Tanglewood Lane, Voluntown on 1/16/03. | | | | |
| Service | 1 | Def. | 30.00 | $30.00 |
| Travel | 30 | Mi. | .365 | 10.95 |
| Pages | 1 | | 1.00 | 1.00 |
| Endorsements | 2 | | .40 | .80 |
| Total: | | | | $42.75 |

Thomas J. Burke, State Marshal

| (23) FULL LIQ. | (24) COMM. LINE NO. | (25) EXPENDED AMOUNT | (26) AGENCY | (27) COST CENTER FUND | SID | (28) OBJECT | (29) FUNCTION | (30) ACTIVITY | (31) EXTENSION | (32) F.Y. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

(33) AGENCY NAME AND ADDRESS
Stephen R. Samoski,
Asst. Attorney General
110 Sherman Street
Hartford, CT  06105

(34) COMMODITIES RECEIVED OR SERVICES RENDERED - SIGNATURE

(35) RECEIVING REPORT NO.   (36) DATE(S) OF RECEIPT(S)

## SHIPPING INFORMATION

| (37) DATE SHIPPED | (38) FROM - CITY / STATE | (39) VIA - CARRIER | (40) F.O.B. |
|---|---|---|---|

DISTRIBUTION:  WHITE-COMPTROLLER   CANARY -AGENCY

SUSAN MARSHALL - DEPOSITION

INVOICE - VOUCHER FOR GOODS OR SERVICES
RENDERED TO THE STATE OF CONNECTICUT    Case 3:02-cv-01406-DJS    Document 38    Filed 11/06/2003    Page 7 of 28

OFFICE OF THE STATE COMPTROLLER
ACCOUNTS PAYABLE DIVISION

CO-17  REV. 3/98 (Stock No. 102-01)

**VENDOR: PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH TO AGENCY BILLING ADDRESS SHOWN ON PURCHASE ORDER.**

00992600

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 00992600 | (5) DOCUMENT AMOUNT $ 35.40 |
|---|---|---|---|---|
| (6) DOCUMENT DATE | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE  (10) COMM. AGCY.  (11) LIQ.  (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX  045 | 38 | 4880 |

**VENDOR / PAYEE: FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT**

| (14) | (15) |
|---|---|
| PAYEE: Thomas J. Burke, State Marshal | **ARE YOU INCORPORATED?** ☐ YES  ☒ NO |
| PAYEE: ADDRESS: P.O. Box 966 | (16) |
| ADDRESS: CITY: Norwich  STATE: CT  ZIP CODE: 06360 | **ARE YOU A NON - PROFIT ORGANIZATION?** ☐ YES  ☒ NO |

(17) VENDOR BILLING INFORMATION - ONE LINE OF 52 CHARACTERS (E.G., VENDOR INVOICE NUMBER, CLIENT NAME, DATE, ETC, FOR RECONCILIATION OF VENDORS ACCOUNTS RECEIVABLE).
Deborah Baton v. Jeffrey McDermott

| (18) GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED | (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) AMOUNT |
|---|---|---|---|---|
| Service of Process/Subpoena at 100 Broadway, Norwich on 4/2/03. | | | | |
| SErvice | 1 | Def. | 30.00 | $30.00 |
| Travel | 10 | Mi. | .36 | 3.60 |
| Pages | 1 | | 1.00 | 1.00 |
| Endorsements | 2 | | .40 | .80 |
| Total: | | | | $35.40 |

Thomas J. Burke, State Marshal

| (23) FULL LIQ. | (24) COMM. LINE NO. | (25) EXPENDED AMOUNT | (26) AGENCY | (27) COST CENTER FUND | SID | (28) OBJECT | AGENCY TAIL (29) FUNCTION | (30) ACTIVITY | (31) EXTENSION | (32) F.Y. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

(33) AGENCY NAME AND ADDRESS

Office of the Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105-2294

| (34) COMMODITIES RECEIVED OR SERVICES RENDERED - SIGNATURE |
|---|
| (35) RECEIVING REPORT NO.  (36) DATE(S) OF RECEIPT(S) |

**SHIPPING INFORMATION**

| (37) DATE SHIPPED | (38) FROM - CITY / STATE | (39) VIA - CARRIER | (40) F.O.B. |
|---|---|---|---|

DISTRIBUTION:   WHITE-COMPTROLLER      CANARY -AGENCY

CARLOS FLORES - DEPOSITION

**VENDOR:** PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH
TO **AGENCY BILLING ADDRESS** SHOWN ON PURCHASE ORDER.

00963598

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 00963598 | (5) DOCUMENT AMOUNT $ 46.20 |
|---|---|---|---|---|

| (6) DOCUMENT DATE | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE | (10) COMM. AGCY. | (11) LIQ. | (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX  045  38  4880 |
|---|---|---|---|---|---|---|---|

**VENDOR / PAYEE:** FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT

(14)

PAYEE: Thomas J. Burke, State Marshal

PAYEE:

ADDRESS: P.O. Box 966

ADDRESS:

CITY: Norwich    STATE: CT    ZIP CODE: 06360

(15) ARE YOU INCORPORATED?
☐ YES    ☒ NO

(16) ARE YOU A NON - PROFIT ORGANIZATION?
☐ YES    ☒ NO

(17) VENDOR BILLING INFORMATION - ONE LINE OF 52 CHARACTERS (E.G., VENDOR INVOICE NUMBER, CLIENT NAME, DATE, ETC, FOR RECONCILIATION OF VENDORS ACCOUNTS RECEIVABLE).

Deborah Baton v. Jeffrey McDermott

| (18) GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED | (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) AMOUNT |
|---|---|---|---|---|
| Service Of Process/Subpoena at National Guard Headquarters, Groton on 2/25/03. | | | | |
| Service | 1 | Def. | 30.00 | $30.00 |
| Travel | 40 | Mi. | .365 | 14.40 |
| Pages | 1 | | 1.00 | 1.00 |
| Endorsements | 2 | | .40 | .80 |
| Total: | | | | $46.20 |
| (Fee Waiver Attached) | | | | |

Thomas J. Burke, State Marshal

| (23) FULL LIQ. | (24) COMM. LINE NO. | (25) EXPENDED AMOUNT | (26) AGENCY | (27) COST CENTER FUND | SID | (28) OBJECT | AGENCY TAIL (29) FUNCTION | (30) ACTIVITY | (31) EXTENSION | (32) F.Y. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

(33) AGENCY NAME AND ADDRESS

Stephen Sarnoski, Asst. Atty. General
110 Sherman Street
Hartford, CT 06105

(34) COMMODITIES RECEIVED OR SERVICES RENDERED - SIGNATURE

(35) RECEIVING REPORT NO.

(36) DATE(S) OF RECEIPT(S)

**SHIPPING INFORMATION**

| (37) DATE SHIPPED | (38) FROM - CITY / STATE | (39) VIA - CARRIER | (40) F.O.B. |
|---|---|---|---|

DISTRIBUTION:    WHITE-COMPTROLLER    CANARY -AGENCY

GEORGE ALLARD - DEPOSITION

INVOICE - VOUCHER FOR GOODS OR SERVICES
RENDERED TO THE STATE OF CONNECTICUT

**STATE OF CONNECTICUT**
OFFICE OF THE STATE COMPTROLLER
ACCOUNTS PAYABLE DIVISION

CO-17  REV. 3/98  (Stock No. 102-01)

**VENDOR:** PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH
TO **AGENCY BILLING ADDRESS** SHOWN ON PURCHASE ORDER.

## 00963594

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 00963594 | (5) DOCUMENT AMOUNT $ 35.45 |
|---|---|---|---|---|
| (6) DOCUMENT DATE | (7) RECEIPT DATE | (8) COMM. NO. | (9) COMM. TYPE (10) COMM. AGCY. (11) LIQ. (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX  045  38  4880 |

**VENDOR / PAYEE:** FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT

| (14) | (15) |
|---|---|
| PAYEE: **Thomas J. Burke, State Marshal** | **ARE YOU INCORPORATED?**  ☐ YES  ☒ NO |
| PAYEE: ADDRESS: **P.O. Box 966** | (16) |
| ADDRESS: CITY: **Norwich** STATE: **CT** ZIP CODE: **06360** | **ARE YOU A NON - PROFIT ORGANIZATION?**  ☐ YES  ☒ NO |

(17) VENDOR BILLING INFORMATION - ONE LINE OF 52 CHARACTERS (E.G., VENDOR INVOICE NUMBER, CLIENT NAME, DATE, ETC, FOR RECONCILIATION OF VENDORS ACCOUNTS RECEIVABLE).
**Deborah Baton v. Jeffrey McDermott**

| (18) GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED | (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) AMOUNT |
|---|---|---|---|---|
| Service of Process/Subpoena at 5 Joseph STreet, Norwich on 2/18/03. | | | | |
| Service | 1 | Def. | 30.00 | $30.00 |
| Travel | 10 | Mi. | .365 | 3.65 |
| Pages | 1 | | 1.00 | 1.00 |
| Endorsements | 2 | | .40 | .80 |
| Total: | | | | $35.45 |

Thomas J. Burke, State Marshal

| (23) FULL LIQ. | (24) COMM. LINE NO. | (25) EXPENDED AMOUNT | (26) AGENCY | (27) COST CENTER | | (28) OBJECT | AGENCY TAIL | | | (32) F.Y. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FUND | SID | | (29) FUNCTION | (30) ACTIVITY | (31) EXTENSION | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

(33) AGENCY NAME AND ADDRESS

State of Connecticut
Office of the Attorney General
110 Sherman Street
Hartford, CT  06105-2294

| (34) COMMODITIES RECEIVED OR SERVICES RENDERED - SIGNATURE |
|---|
| (35) RECEIVING REPORT NO.    (36) DATE(S) OF RECEIPT(S) |

**SHIPPING INFORMATION**

| (37) DATE SHIPPED | (38) FROM - CITY / STATE | (39) VIA - CARRIER | (40) F.O.B. |
|---|---|---|---|

DISTRIBUTION:  WHITE-COMPTROLLER    CANARY -AGENCY

*Cindy Zimmer - Deposition*

**VENDOR:** PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH TO **AGENCY BILLING ADDRESS** SHOWN ON PURCHASE ORDER.

**00050759**

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. | (5) DOCUMENT AMOUNT |
|---|---|---|---|---|
| | | | **00050759** | $ 39.72 |

| (6) DOCUMENT DATE | (7) RECEIPT DATE | (8) COM. NO. | (9) COM. TYP | (10) COM AGCY | (11) LIQ. | (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX |
|---|---|---|---|---|---|---|---|
| | | | | | | | 045 | 38 | 4880 |

**VENDOR / PAYEE:** FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT

(14)

PAYEE: Thomas J. Burke, STate Marshal

PAYEE:

ADDRESS: P.O. Box 966

ADDRESS:

CITY: Norwich   STATE: CT   ZIP CODE: 06360

(15)
ARE YOU INCORPORATED?
☐ YES   ☒ NO

(16)
ARE YOU A NON - PROFIT ORGANIZATION?
☐ YES   ☒ NO

(17) VENDOR BILLING INFORMATION - ONE LINE OF 52 CHARACTERS. (E.G., VENDOR INVOICE NUMBER; CLIENT NAME; DATE; ETC., FOR RECONCILIATION OF VENDORS ACCOUNTS RECEIVABLE.)

Deborah Baton v. Jeffrey McDermott

| (18) GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED | (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) AMOUNT |
|---|---|---|---|---|
| Service of Process/Subpoena at 209 Route 49, Voluntown on 10/11/03. | | | | |
| Service | 1 | Def. | 30.00 | $30.00 |
| Travel | 22 | Mi. | .36 | 7.92 |
| Pages | 1 | | 1.00 | 1.00 |
| Endorsements | 2 | | .40 | .80 |
| Total: | | | | $39.72 |

_Thomas J. Burke_

Thomas J. Burke, STate Marshal

| (23) FULL LIQ. | (24) COMM. LINE NO. | (25) EXPENDED AMOUNT | (26) AGCY. | (27) COST CENTER FUND | SID | (28) OBJECT | AGENCY TAIL | | | | | (32) F.Y. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | (29) FUNCTION | (30) ACTIVITY | (31) | EXTENSION | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

(33) AGENCY NAME AND ADDRESS

State of Connecticut
Office of the Attorney General
110 Sherman STreet
Hartford, CT  06105-2294

(34) COMMODITIES RECEIVED OR SERVICES RENDERED - SIGNATURE

(35) RECEIVING REPORT NO.

(36) DATE(S) OF RECEIPT(S)

**SHIPPING INFORMATION**

| (37) DATE SHIPPED | (38) FROM - CITY / STATE | (39) VIA - CARRIER | (40) F.O.B. |
|---|---|---|---|
| | | | |

DISTRIBUTION: WHITE - COMPTROLLER    CANARY - AGENCY

JOSEPH GRENIER - TRIAL

INVOICE - VOUCHER FOR GOODS OR SERVICES
RENDERED TO THE STATE OF CONNECTICUT
17 REV. 3/93   (Stock No. 6938-102-01)

STATE OF CONNECTICUT
OFFICE OF THE STATE COMPTROLLER
CENTRAL ACCOUNTS PAYABLE DIVISION

## 00050758

VENDOR: PLEASE COMPLETE BOTH COPIES OF THIS SET AND SEND BOTH
TO **AGENCY BILLING ADDRESS** SHOWN ON PURCHASE ORDER.

| (1) AGENCY NO. | (2) BATCH NO. | (3) DOC. TYPE | (4) DOCUMENT NO. 00050758 | (5) DOCUMENT AMOUNT $ 42.60 |
|---|---|---|---|---|

| (6) DOCUMENT DATE | (7) RECEIPT DATE | (8) COM. NO. | (9) COM. TYP | (10) COM AGCY | (11) LIQ. | (12) RPT. TYPE | (13) VENDOR FEIN / SSN - SUFFIX 045 38 4880 |
|---|---|---|---|---|---|---|---|

| **VENDOR / PAYEE:** FIELDS 13 THROUGH 22 AND 37 THRU 40 ARE MANDATORY FOR PAYMENT |
|---|

NAME:
Thomas J. Burke, State Marshal

ADDRESS:
P.O. Box 966

Norwich   STATE:  CT   ZIP CODE:  06360

(15) ARE YOU INCORPORATED?
[ ] YES   [X] NO

(16) ARE YOU A NON - PROFIT ORGANIZATION?
[ ] YES   [X] NO

VENDOR BILLING INFORMATION - ONE LINE OF 52 CHARACTERS. (E.G., VENDOR INVOICE NUMBER; CLIENT NAME; DATE; ETC., FOR RECONCILIATION OF VENDORS ACCOUNTS RECEIVABLE.)

Deborah Batton v. Jeffrey McDermott

| GIVE FULL DESCRIPTION OF GOODS AND / OR SERVICES COMPLETED | (19) QUANTITY | (20) UNITS | (21) UNIT PRICE | (22) AMOUNT |
|---|---|---|---|---|
| Service of Process/Subpoena at 139 Tower Avenue, Groton on 10/17/03. | | | | |
| SErvice | 1 | Def. | 30.00 | $30.00 |
| Travel | 30 | Mi. | .36 | 10.80 |
| Pages | 1 | | 1.00 | 1.00 |
| Endorsements | 2 | | .40 | .80 |
| Total: | | | | $42.60 |

_Thomas J. Burke_ (signature)

Thomas J. Burke, State Marshal

| (23) FULL LIQ. | (24) COMM. LINE NO. | (25) EXPENDED AMOUNT | (26) AGCY. | (27) COST CENTER | | (28) OBJECT | AGENCY TAIL | | | | | (32) F.Y. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | FUND | SID | | (29) FUNCTION | (30) | ACTIVITY | (31) | EXTENSION | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

(33) AGENCY NAME AND ADDRESS
State of Connecticut
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105-2294

(34) COMMODITIES RECEIVED OR SERVICES RENDERED - SIGNATURE

(35) RECEIVING REPORT NO.   (36) DATE(S) OF RECEIPT(S)

| **SHIPPING INFORMATION** | | | |
|---|---|---|---|
| (37) DATE SHIPPED | (38) FROM - CITY / STATE | (39) VIA - CARRIER | (40) F.O.B. |

DISTRIBUTION: WHITE - COMPTROLLER   CANARY - AGENCY

GEORGE ALLARD - TRIAL

**Brandon Smith Reporting Service, LLC**

**Invoice**

44 Capitol Avenue
Hartford, CT  06106
Phone: (860) 549-1850          Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, February 13, 2003 | 3100rr |

Stephen  Sarnoski
Attorney General
110 Sherman Street
Hartford, CT 06105

Phone:     (860) 808-5450     Fax:

| | |
|---|---|
| **Witness:** | Marshall, Susan |
| **Case:** | Baton vs. McDermott |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 2/6/2003 |
| **Start Time:** | 3:00 PM |
| **End Time:** | : 0 |
| **Reporter:** | James Scally |
| **Claim #:** | |
| **File #:** | *3435ss* |

| Description | Quan | Total |
|---|---|---|
| Original and two copies | 35 | $138.25 |
| extra copy | 35 | $17.50 |
| Attorney General-Appearance | 1 | $75.00 |

| | |
|---|---|
| **Sub Total** | **$230.75** |
| **Payments** | **$0.00** |
| **Balance Due** | **$230.75** |

**Fed. I.D. # 06-1448649**

*We accept Visa, Mastercard and American Express.*

**Brandon Smith Reporting Service, LLC**                    **Case Invoice**

44 Capitol Avenue
Hartford, Ct. 06106

| | Date |
|---|---|
| | 3/7/2003 |

06-1448649

Phone: (860) 549-1850        Fax: (860) 549-1537

> Stephen  Sarnoski
> Attorney General
> 110 Sherman Street
>
> Hartford, CT 06105

**Phone**   (860) 808-5450
**Fax**

**Baton vs. McDermott**

| | | | | | |
|---|---|---|---|---|---|
| 733pr | | 3/7/2003 | Zimmer, Cindy | 2/26/2003 | |
| | Original and two copies | | | 43 | $169.85 |
| | Appearance | | | 1 | $80.00 |
| | | | | Amount Paid | $0.00 |
| | | | | Amount Due | $249.85 |
| 734pr | | 3/7/2003 | Allard, George | 2/26/2003 | |
| | Original and two copies | | | 48 | $189.60 |
| | | | | Amount Paid | $0.00 |
| | | | | Amount Due | $189.60 |
| | | | | Case Balance | $439.45 |

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express*

**Brandon Smith Reporting Service, LLC**                 **Invoice**

44 Capitol Avenue
Hartford, Ct. 06106
06-1448649
Phone: (860) 549-1850        Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Friday, April 25, 2003 | 866pr |



Stephen Sarnoski
Attorney General
110 Sherman Street
Hartford, CT 06105

Phone:     (860) 808-5450     Fax:

| | |
|---|---|
| **Witness:** | Flores, Carlos |
| **Case:** | Baton vs. McDermott |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 4/11/2003 |
| **Start Time:** | 10:36 AM |
| **End Time:** | : 0 |
| **Reporter:** | Tiffany Pratt |
| **Claim #:** | |
| **File #:** | *873pr* |

| Description | Quan | Total |
|---|---|---|
| Original and two copies | 47 | $185.65 |
| Attorney General-Appearance | 1 | $75.00 |
| | | |
| **Sub Total** | | **$260.65** |
| **Payments** | | **$0.00** |
| **Balance Due** | | **$260.65** |

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express*

# Brandon Smith Reporting Service, LLC

### Invoice

44 Capitol Avenue
Hartford, CT 06106
Phone: (860) 549-1850        Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, April 28, 2003 | 4103rr |

Stephen Sarnoski
Attorney General
110 Sherman Street
Hartford, CT 06105

Phone:      (860) 808-5450      Fax:

| | |
|---|---|
| **Witness:** | Baton, Deborah |
| **Case:** | Baton vs. McDermott |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 4/16/2003 |
| **Start Time:** | 10:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Irene Janazzo |
| **Claim #:** | |
| **File #:** | 5451ss |

| Description | Quan | Total |
|---|---|---|
| Original and two copies | 126 | $497.70 |
| Attorney General-Appearance | 1 | $75.00 |
| | Sub Total | $572.70 |
| | Payments | $0.00 |
| | Balance Due | $572.70 |

**Fed. I.D. # 06-1448649**

*We accept Visa, Mastercard and American Express.*



**RICHARD BLUMENTHAL**
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
# State of Connecticut

*Fax: (860) 808-5591*
*Tel. (860) 808-5450*

October 1, 2003

Thomas J. Burke
State Marshal
P.O. Box 966
Norwich, Connecticut 06360

RE: ***Deborah Baton v. Jeffrey McDermott,* No. 3:02CV-1406 (DJS)**

Dear Marshal Burke:

    Please find enclosed several subpoenas and checks for witness fees and mileage reimbursement. Please serve them in sufficient time to ensure the witnesses' presence in court on the appointed date. If, for any reason, you are unable to serve the attached subpoenas, please contact this office by telephone to let us know. Thank you in advance for your efforts on my behalf.

        Very truly yours,

        Stephen R. Sarnoski
        Assistant Attorney General

SRS/ss
encl.

# United States District Court

### District of
### Connecticut

DEBORAH BATON

    V.

**SUBPOENA IN A CIVIL CASE**

JEFFREY MCDERMOTT

Case No:  3:02CV-1406 (DJS)

To:    George Allard
        45 Tanglewood Lane
        Voluntown, Connecticut

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| 450 Main Street, Hartford, Connecticut | Judge Squatrito (North) |
| | DATE AND TIME |
| | Tuesday, October 28, 2003 at 8:30 a.m. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *[signature]* | 10/1/2003 |
| Assistant Attorney General, Attorney for the defendant | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen R. Sarnoski, Assistant Attorney General, 110 Sherman Street, Hartford, Connecticut 06105 Tel: (860) 808-5450

**ATTORNEY GENERAL, STATE OF CONNECTICUT**
55 ELM ST.   PH. 860-808-5087
HARTFORD, CT  06106

12593

51–57/ 119

DATE 10/1/03

PAY
TO THE
ORDER OF *George Allard*

$ *78.16*

*Seventy eight dollars + 16/100* ——————

DOLLARS

**fleet**
04205   www.fleet.com
Government Banking

FOR *witness fee*

⑆012593⑆ ⑈011900571⑈ 93950 55516⑈

# United States District Court

### District of
### Connecticut

DEBORAH BATON

V.

JEFFREY MCDERMOTT

## SUBPOENA IN A CIVIL CASE

Case No:  3:02CV-1406 (DJS)

To:    Joseph Grenier
       98 Main Street
       Voluntown, Connecticut

☒  YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| 450 Main Street, Hartford, Connecticut | Judge Squatrito (North) |
| | DATE AND TIME<br>Tuesday, October 28, 2003<br>at 8:30 a.m. |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *[signature]* <br> Assistant Attorney General, Attorney for the defendant | 10/1/2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen R. Sarnoski, Assistant Attorney General, 110 Sherman Street, Hartford, Connecticut 06105 Tel: (860) 808-5450

**ATTORNEY GENERAL, STATE OF CONNECTICUT**
55 ELM ST.  PH. 860-808-5087
HARTFORD, CT  06106

12595

51–57 / 119

DATE 10/2/03

PAY
TO THE
ORDER OF Joseph Grenier                                    $ 78.16

Seventy eight dollars & 16/100                    DOLLARS

Fleet
04205  www.fleet.com
Government Banking

FOR witness fee

⑃0⑃2595⑃  ⑃0⑃119005716⑃  93950 555166⑃



**RICHARD BLUMENTHAL**
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

(860) 808-5318
*Fax: (860) 808-5591*
*Tel. (860) 808-5450*

Office of The Attorney General
# State of Connecticut

February 7, 2003

Thomas J. Burke  (860) 859-9950
State Marshal
~~P.O. Box 966~~  59 Osga Lane
~~Norwich, Connecticut 06360~~  Griswold, Ct. 06351

RE: *Deborah Baton v. Jeffrey McDermott*, No. 3:02CV-1406 (DJS)

Dear Marshal Burke:

Please find enclosed two subpoenas. The first subpoena, for Cindy Zimmer, is one which you have previously attempted to serve without success. You should already have the state's check for the witness fee in your possession. Ms. Zimmer works Wednesday, Friday and Sunday evenings as a waitress at the Foxwoods Casino. Her home telephone number is (860) 887-8053. Her work telephone is (860) 862-7633. Her automobile registration is CT. 186PXG. She has indicated by telephone that she is not adverse to service. Consequently, I do not anticipate further problems in successfully serving this witness. However, should you be unable to successfully serve her prior to the date upon which her deposition is scheduled, please be sure to contact me by telephone to let me know of the status of this subpoena.

The second subpoena is for George Allard. His home telephone number is (860) 376-1036. His work telephone is (860) 441-2937. He has also indicated a willingness to assist by providing testimony in this case, if necessary. Although I believe he works days, I do not anticipate difficulty in serving this witness. Please let me know prior to the date scheduled for the deposition if you cannot serve the attached subpoena.

Thank you in advance for your efforts on my behalf.

Very truly yours,

Stephen R. Sarnoski
Assistant Attorney General

SRS/ss
encl.



ATTORNEY GENERAL, STATE OF CONNECTICUT
55 ELM ST., PH. 860-808-5087
HARTFORD, CT 06106

12427

Fleet
0425
eftchecks.com
Government Banking

PAY
TO THE
ORDER OF: George Award

Seventy-eight dollars and 69/100 ————— DOLLARS

DATE 2/7/03

$ 78.69

51-57/119

FOR Witness fee

⑈01242⑈ ⑈011900571⑈ 93950 55546⑈

# United States District Court

### District of
### Connecticut

Deborah Baton

    v.

Jeffrey McDermott

**SUBPOENA IN A CIVIL CASE**

Case No:  3:02CV-1406 (DJS)

To:    George Allard
        45 Tanglewood Lane
        Voluntown, Connecticut

☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Office of the Attorney General, 110 Sherman Street, Hartford, Connecticut | Wednesday, February 26, 2003 at 1:00 p.m. |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *[signature]* Assistant Attorney General, Attorney for the defendant | 2/7/2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen R. Sarnoski, Assistant Attorney General, 110  Sherman Street, Hartford, Connecticut 06105 Tel: (860) 808-5450

# United States District Court

_____ District of _____
Connecticut

Deborah Baton

    v.

Jeffrey McDermott

**SUBPOENA IN A CIVIL CASE**

Case No:   3:02CV-1406 (DJS)

To:    Cindy Zimmer
       5 Joseph Street
       Norwich, Connecticut

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Office of the Attorney General, 110 Sherman Street, Hartford, Connecticut | Wednesday, February 26, 2003 at 3:00 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| _[signature]_ Assistant Attorney General, Attorney for the defendant | 2/7/2003 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen R. Sarnoski, Assistant Attorney General, 110 Sherman Street, Hartford, Connecticut 06105 Tel: (860) 808-5450



**RICHARD BLUMENTHAL**
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

*Tel. No. ( 860) 808-5450*
*Fax. No. (860) 808-5591*

December 31, 2002

Thomas J. Burke  *(860) 859-9950*
State Marshal
P. O. Box 966
Norwich, CT 06360

RE:  **Deborah Baton v. Jeffrey McDermott**
**Docket No. 3:02CV-1406(DJS)**

Dear Mr. Burke:

Enclosed are the following:

(1)  Subpoena to Cindy Zimmer, together with a check in the amount of $67.01 ($40.00 Federal Witness fee and mileage, $27.01, Norwich, CT to Hartford, CT, round trip).

(2)  Subpoena to Susan Marshall, together with a check in the amount of $78.69 ($40.00 Federal Witness fee and mileage, $38.69, Voluntown, CT to Hartford, CT, round trip).

Would you kindly serve the above individuals and return to me your proof of service, together with your invoice for services rendered.

Very truly yours,

Stephen R. Sarnoski
Assistant Attorney General

SRS/gab
Enc.

# United States District Court

### District of
### Connecticut

Deborah Baton

v.

Jeffrey McDermott

## SUBPOENA IN A CIVIL CASE

Case No:  3:02CV-1406 (DJS)

To:    Cindy Zimmer
       5 Joseph Street
       Norwich, Connecticut

☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Office of the Attorney General, 110 Sherman Street, Hartford, Connecticut | Thursday, February 6, 2003 at 2:00 p.m. |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *[signature]* Assistant Attorney General, Attorney for the defendant | 12/30/2002 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen R. Sarnoski, Assistant Attorney General, 110  Sherman Street, Hartford, Connecticut 06105 Tel: (860) 808-5450

# United States District Court

### District of
### Connecticut

Deborah Baton

    V.

Jeffrey McDermott

**SUBPOENA IN A CIVIL CASE**

Case No:   3:02CV-1406 (DJS)

To:   Susan Marshall
      35 Tanglewood Lane
      Voluntown, Connecticut 06384

☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Office of the Attorney General, 110 Sherman Street, Hartford, Connecticut | Thursday, February 6, 2003 at 3:00 p.m. |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |
| | |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below:

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *Stephen R. S...* | 12/30/2002 |
| Assistant Attorney General, Attorney for the defendant | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Stephen R. Sarnoski, Assistant Attorney General, 110  Sherman Street, Hartford, Connecticut 06105 Tel: (860) 808-5450

ATTORNEY GENERAL, STATE OF CONNECTICUT
55 ELM ST., PH. 860-808-5087
HARTFORD, CT 06106

12412

51-57/119

PAY TO THE
ORDER OF: Cindy Zimmer

DATE 12/30/02

$ 67.01

Sixty seven dollars & 01/100

Fleet
04205
www.fleet.com
Government Banking

FOR witness fee

⑈01241⑈⑉ ⑈011900571⑈ 93950 5551⑉⑈

---

ATTORNEY GENERAL, STATE OF CONNECTICUT
55 ELM ST., PH. 860-808-5087
HARTFORD, CT 06106

12413

51-57/119

PAY TO THE
ORDER OF: Susan Marshall

DATE 12/30/02

$ 78.69

Seventy eight dollars and 69/100

Fleet
04205
www.fleet.com
Government Banking

FOR witness fee

⑈01241⑈⑉ ⑈011900571⑈ 93950 5551⑉⑈