UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBORAH BATON,<br>Plaintiff | : <br>: 3:02CV1406 (DJS)<br>: |
| VS. | : <br>: |
| JEFFREY McDERMOTT,<br>Defendant | : <br>: NOVEMBER 10, 2003 |

**OBJECTION TO DEFENDANT'S MOTION FOR COSTS**

The plaintiff objects to the defendant's motion for costs for the following reasons:

1.    The witness fees and subpoena fees listed in the Bill of Costs do not represent subpoenas to testify at trial, witness fees for testimony at trial, or subpoena fees or witness fees for testimony at depositions which were used at trial.

2.    The transcript fees listed in the Bill of Costs do not represent fees for transcripts which were used at trial, nor do they represent fees for transcripts which were used during the questioning of any witnesses at trial.

1

```
                                    THE PLAINTIFF
                                    DEBORAH BATON


                            BY      /s/ John R. Williams
                                    JOHN R. WILLIAMS
                                    51 Elm Street, Suite 409
                                    New Haven, CT 06510
                                    Telephone: (203) 562-9931
                                    Fed. Bar No. ct00215

                                    Plaintiff's Attorney
```

### CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on the above date, to the following parties and counsel of record:

Stephen R. Sarnoski, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105


/s/ John R. Williams
JOHN R. WILLIAMS