UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBORAH BATON, | : | NO. 3:02CV-1406 (DJS) |
| *plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| | : | |
| JEFFREY McDERMOTT | : | |
| *defendants.* | : | MARCH 2, 2004 |

## MOTION FOR
## FORFEITURE OF BOND

    Pursuant to the Local Rules of Civil Procedure for the District of Connecticut, the below named state defendant respectfully request that the $500.00 bond ordered deposited with the Clerk of the Court as security for costs pursuant to local Rule 83.3(a) be hereby forfeited to the defendant as partial satisfaction of the allowable costs of litigation as determined by the Clerk in his ruling dated February 26, 2004.

                                                 DEFENDANT
                                                 Jeffrey McDermott

                                                 RICHARD BLUMENTHAL
                                                 ATTORNEY GENERAL


                                                 By: _____
                                                 Stephen R. Sarnoski
                                                 Assistant Attorney General
                                                 MacKenzie Hall
                                                 110 Sherman Street
                                                 Hartford, Connecticut 06105
                                                 Tel. (860) 808-5450
                                                 E-mail: stephen.sarnoski@po.state.ct.us
                                                 Federal bar #ct05129

## **CERTIFICATION**

I hereby certify that a copy of the foregoing motion was mailed this _____ day of

_____, _____, to the following pro se parties and/or counsel of record:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut 06510

_____
Stephen R. Sarnoski
Assistant Attorney General