UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DEBORAH BATON**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:02cv1406(DJS) |
| **JEFFREY MCDERMOTT**<br>    **Defendant** | : |

### ORDER

_____The Motion for Forfeiture of Bond (Doc. #41) s hereby **GRANTED.**  The Clerk is ordered to release the bond.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   5th   day of April,  2004.


                              /s/DJS
                              Dominic J. Squatrito
                              United States District Judge